UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSIE MAE PROCTOR ET.AL., | No. C-12-05650 DMR |
| Plaintiffs, | **ORDER TO SHOW CAUSE** |
| v. | |
| SGT INVESTMENTS, LLC, | |
| Defendant. | |

Pursuant to Civil L.R. 16-2, a case management conference was scheduled for March 6, 2013 at 1:30 p.m. before this court in the above-entitled case. Plaintiffs were not present. It is hereby ordered that **by no later than March 20, 2013,** Plaintiffs shall show cause in writing why this case should not be dismissed for failure to prosecute.

IT IS SO ORDERED.

Dated: March 7, 2013

IT IS SO ORDERED

_____
DONNA M. RYU
United States Magistrate Judge